## Wm. R. Bell v. Lacy & Co.

The redhibitory action cannot be maintained where the latent defect or vice of character of the slave sold is brought home to the knowlege of the purchaser, and the sale was made with a guarantee of title only.

APPEAL from the Fifth District Court of New Orleans, *Eggleston*, J.

*Michel & Koontz*, for plaintiff. *J. Perera*, for defendants and appellants.

DUFFEL, J. The plaintiff sues the defendants for the recovery of the price of a slave purchased by him from them, on the ground that the slave was, at the time of the purchase, addicted to the vice of running away, to the knowlege of the vendors, who fraudulently concealed the fact from him.

The evidence, however, contradicts the averment of the petition *as to the concealment*, and shows, on the contrary, that the vendee was informed of the vice before the sale; consequently, the slave was sold "*guaranteed* in title only."

The latent defect, or vice of character, having thus been brought home to the knowlege of the plaintiff, he cannot maintain his action. C. C. 2498; *Hough* v. *Vickers*, 6 An. 724; *Phipps* v. *Berger*, 12 An. 111; Hennen's Digest, p. 1408, Nos. 14 and 19.

The District Judge was of a contrary opinion.

It is, therefore, ordered, adjudged and decreed, that the judgment of the court *a quâ* be avoided and reversed; and it is further ordered, adjudged and decreed, that the demand of the plaintiff be rejected with costs in both courts.